UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-232-H

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> WILLIAM SCOTT MARTIN | ORDER |

This matter is before the Court on a motion of the Office of the Federal Public Defender to continue the detention hearing of the Defendant, William Scott Martin. This Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public in a speedy trial for good cause shown in that the defendant needs additional time to prepare for the hearing. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h). Accordingly, it is hereby ORDERED that the detention hearing shall be continued until Monday, September 20, 2010.

IT IS SO ORDERED.

This  17th  day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
William A. Webb