UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-232-H

UNITED STATES OF AMERICA :
:
v. : <u>ORDER FOR DISMISSAL</u>
:
WILLIAM SCOTT MARTIN :


Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Indictment No. 5:10-CR-232-H against the above-captioned defendant due to the decision in <u>United States v. Simmons</u>, C.A.4, August 17, 2011 (No. 08-4475) and further requests the release of defendant from federal custody.

<u>/s/ Felice McConnell Corpening</u>
FELICE McCONNELL CORPENING
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601
Telephone: (919) 856-4582
Fax: (919) 856-4487
E-mail: <u>felice.corpening@usdoj.gov</u>
N.C. State Bar No. 21199

Leave of Court is granted for the filing of the foregoing dismissal.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE

Date: 8/24/11